CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200,
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

YARON SHAHAM (SBN: 217192)
yshaham@kahanafeld.com
KAHANA & FELD LLP
2603 Main Street, Suite 350
Irvine, CA 92614
Phone: (949) 812-4781
Facsimile: (949) 245-7597
Attorneys for Defendant
Hyrosen Properties, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WEEKLEY,<br><br>　　　　Plaintiff,<br>　　v.<br><br>HYROSEN PROPERTIES, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendant. | Case: 5:20-CV-02442-JFW-GJS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

　　　　Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

1

1  This stipulation is made as the matter has been resolved to the satisfaction of
2  all parties.
3
4
5  Dated: February 8, 2021          CENTER FOR DISABILITY ACCESS
6
7                                    By:   /s/Amanda Seabock
                                           Amanda Seabock
8                                          Attorney for Plaintiff
9
10 Dated: February 8, 2021          KAHANA & FELD LLP
11
12                                   By:   /s/Yaron Shaham
                                           Yaron Shaham
13                                         Attorneys for Defendant
                                           Hyrosen Properties, INC.
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Yaron Shaham, counsel for Hyrosen Properties, INC., and that I have obtained authorization to affix his electronic signature to this document.

Dated: February 8, 2021            CENTER FOR DISABILITY ACCESS

                                        By:   /s/Amanda Seabock
                                              Amanda Seabock
                                              Attorney for Plaintiff